## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JUMAR SIMS,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| | ) **Case Nos.: 2:22-cv-8039-AMM** |
| **v.** | ) **2:18-cr-353-AMM-JHE-1** |
| | ) |
| **UNITED STATES OF** | ) |
| **AMERICA,** | ) |
| | ) |
| **Respondent.** | ) |

## ORDER

On March 12, 2026, this court denied Jumar Sims's Motion By A Person In Federal Custody To Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255. Doc. 22. A defendant may appeal the denial of a Section 2255 motion only if the district court or the court of appeals issues a certificate of appealability. Mr. Sims filed his notice of appeal on April 20, 2026, which the court deems to include a request for a certificate of appealability. *See* Doc. 23. Under 28 U.S.C. § 2253(c)(2), a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. *Miller-El v. Cockrell*, 537 U.S. 322, 335–38 (2008). As explained in detail in the court's order, Doc. 22, Mr. Sims has not made that showing. Thus, this order **DENIES** a certificate of appealability. If

Mr. Sims wishes to pursue an appeal further, he must ask the Eleventh Circuit for a certificate of appealability.

**DONE** and **ORDERED** this 30th day of June, 2026.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE